# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**903**
**CA 14-00028**
PRESENT: SMITH, J.P., FAHEY, LINDLEY, WHALEN, AND DEJOSEPH, JJ.

---

IN THE MATTER OF KAREN A. WHITAKER, AS PROPOSED
GUARDIAN OF JOSEPH L. MARTIN, JR.,
CLAIMANT-RESPONDENT,

V                                                                    ORDER

KENNEDY/TOWN OF POLAND, TOWN OF POLAND HIGHWAY
DEPARTMENT, RESPONDENTS-APPELLANTS,
ET AL., RESPONDENTS.

---

SUGARMAN LAW FIRM, LLP, SYRACUSE (JENNA W. KLUCSIK OF COUNSEL), FOR
RESPONDENTS-APPELLANTS.

LIPSITZ GREEN SCIME CAMBRIA LLP, BUFFALO (JOHN A. COLLINS OF COUNSEL),
FOR CLAIMANT-RESPONDENT.

---

Appeal from an order of the Supreme Court, Chautauqua County
(Deborah A. Chimes, J.), entered September 12, 2013. The order
granted the application of claimant for leave to serve a late notice
of claim on respondents Kennedy/Town of Poland and Town of Poland
Highway Department.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs (*see McBee v County of Onondaga*, 34
AD3d 1360, 1360).

Entered: September 26, 2014                        Frances E. Cafarell
                                                   Clerk of the Court